FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 SEP 22 PM 4:57

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BY_____DEP. CLK

Civil Action No. _____

(To be supplied by the court)

Marolyn Kay Rittenhouse , Plaintiff,

v.

David Genova ,

Bruce Able ,

Kalee Freestone ,

Crystal Kirklin ,

Gary Barroll ,

Justin Pele ,

Larry Tenenholz ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

_____

## COMPLAINT

_____

(Rev. 07/06)

**PARTIES**

1. Plaintiff Marolyn Kay Rittenhouse is a citizen of Denver Colorado who presently resides at the following address:

   2119 High Street #E    Denver, Colorado 80205

2. Defendant David Genova _____ is a citizen of _____
   who live(s) at or is/are located at the following address:

   1600 Blake  Denver, Colorado   80205

3. Defendant Bruce Abbe _____ is a citizen of _____
   who live(s) at or is/are located at the following address:

   1600 Blake  Denver  Colorado

   (Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4. Jurisdiction is asserted pursuant to following statutory authorities:

   Section 504 of the Rehabilitation Act of 1973 Title II of the Americans with Disabilities Act Section 1557; Title II ADA [42 USC 12313 et Seq; section 794 of title 29; 42 USC Section 12131 et Seq; 42 USC Section 18116; Section 37.173 (a)(1)
   42 USC Section 12132 -12134    USC section 701

5. Briefly state the background of your case:

   The Regional Transportation District made an agreement of procedures to handling passengers with Disabilities in March 2014, Through a Lawsuit filed in Court.

   The Procedures are not always being followed. ADA are being Discriminated against causing further medical aggravation, to medical conditions Physical and mental.

   RTD is not providing the Required transportation when the bus service is not available in the Required amount of time causing increased Expenses by having to call a cab to make reasonable amenity to appointments due to unreasonable amount of time in delays of Service

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① RTD has had a policy & procedure since March 2016. The Drivers and managers are not following the procedures which is resulting in further aggravation of current Medical conditions. Aggravating mental stress, and causes extended Medical and transportation expenses to be able to ride the Bus or get to appointments to prevent being extremely Late.

② Failure to clear the securement area before putting out the Ramp or Lift to load the ADA Mobility-aid passenger. This creates Some passengers getting upset when asked to please move so the mobility-aid can be Secured

③ Drivers not offering securement upon boarding the ADA passengers with mobility Aids Some ADA Mobility-aid passengers Require securement to prevent further injuries physically. Drivers are moving the bus without the mobility-aid passenger being secured. Injuries or aggravation to the injuries are being produced causing excessive Medical expenses to handle the injuries.

④ March 23, 2017 was one such incident where my Medical Condition was aggravated resulting in injuries and Back aggravated problems with wisdom on head ache, Neck Care needed to be acquired. There has been many incidences since then.

## SECOND CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① Drivers are not always paying attention to the stated place the ADA mobility aid passenger wants to get off.

② The Drivers do not always pay attention to the signal board over the windshield. ADA mobility-aid passenger rings the bell on the bottom of the securement area seating

③ Passengers with mobility-aids which are no longer secured are being hurt before getting off the bus. Drivers are loading the waiting passengers, close the door and moves the bus without letting the ADA mobility-aid passenger off at the requested stop.

(Rev. 07/06)                                    4

### THIRD CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① RTD's policy for ADA Pass-ups that take longer than 30 minutes to next bus is to provide alternative ride to the ADA-Mobility-aed passenger so they can make their destination in a reasonable amount of time. This Proceedure is not always followed.

② RTD will state that they do not have a driver to help the ADA-Mobility-aed passenger to there destination. The ADA mobility aed passenger then must to to more expense to get to their destination by calling a cab.

(Rev. 07/06)                                    5

## REQUEST FOR RELIEF

Plaintiff requests the following relief: There has been an agreement with RTD since March 2018 to accomodate ADA passangers including sub contractors. There have been numerous violations passenger in aggravation to medical condition. Extending travel times due to being passed up or the bus route being cancelled for the day.

The drivers not following the ADA Mobility-aid passenger procedures by not making sure the securment area is clear before putting out the ramp (lift), Not offering securment to all mobility aid passangers upon boarding a Moving bus before passenger is secured on the passenger is unloaded.

I am requesting payment under the Rehabilitation Act of 1973 and 1990 Section 501 and 504 and codified as 29 USC 794. Individuals with Disabebles Physical or mental limits in one or more activities. 42 USC Section 12131 - 12134   42 USC Section 18116 Section 3783 (e)(1) USC Sections 701 & 794

These allows the ADA To file for monetary relief for Damages Physical or mental and for Damages.

Date: September 22, 2017

_Marilyn Kay Rittenhouse_
(Plaintiff's Original Signature)

_2119 High Street #C_
(Street Address)

_Denver Colorado  80205_
(City, State, ZIP)

_303 860 4066_
(Telephone Number)

MAROLYN KAY RITTENHOUSE

**ID # : 62301**

**Expires:**

**12/15/2018**

RTD

**For reservations, call**

**(303) 292-6560**

*access-a-Ride*

COLORADO REGISTRATION CARD

| TYPE | PLATE | TAB | VIN | EXPIRE | FUEL |
|---|---|---|---|---|---|
| MTH-HND | 604YMQ | H543066 | 1FDKE30L6FHB27041 | 11/2017 | G |

| DUAL REG | DUAL NO | DUAL TAB | DUAL EXPIRE | TITLE | FLEET# |
|---|---|---|---|---|---|
| | | | | 01G748707 | |

| YR | MAKE | MODEL | BODY | COL | CWT | CC | WATTS | LxW | T/C |
|---|---|---|---|---|---|---|---|---|---|
| 1985 | LIND | | MT | BRO | 84 | | | | C |

| PUR DATE | PUR PRICE | TAX VAL | BUS DATE | PREV EXP | CTY | U/R |
|---|---|---|---|---|---|---|
| 06/26/2015 | 1200.00 | 24,368 | 11/18/2016 | 09/2016 | 01 | U |

| HVUT | C/P | CARRIER | BUS | CNT | PUC# | PWD ID | ID HOLDER | H/C DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | 000 | | | | 11/2018 |

| UNIT # | GVW | GVWR | MILES | HI GVW |
|---|---|---|---|---|
| | | | | |

OWNER NAME/MAILING ADDRESS

RITTENHOUSE MAROLYN KAY P/08202015/E/082017

THIEVES HAVE BEEN KNOWN TO USE THE ADDRESS FROM A REGISTRATION CARD TO STEAL FROM THE VEHICLE'S OWNER. FOR ADDED SECURITY, YOU ARE ENCOURAGED TO KEEP ONLY THIS REGISTRATION CARD IN YOUR VEHICLE. IT DOES NOT CONTAIN YOUR ADDRESS.

VALIDATION TOTAL

DENVER 11/18/2016 094331 R01 LOS 129.78

MOTOR VEHICLE INSURANCE IS COMPULSORY IN COLORADO, NON-COMPLIANCE IS A MISDEMEANOR TRAFFIC OFFENSE

These are samples of complaints for ADA Non-Compliance thru RTD and  contract companies.

## Cee (RTD Customer Care)

Mar 30, 10:11 AM MDT

Hi Marolyn,

Thank you for bringing this to our attention. I forwarded your concern to the division management for review and investigation. A member of the ADA team will be in touch with you regarding your concern. It is assigned feedback ID number 389346. Please feel free to call 720-540-4541 if you wish to further discuss the pains you experienced because of this incident.

On behalf of management and the operator, please do accept our apologies.

Regards,

Cee
RTD Customer Care

.

## Marolyn Rittenhouse

Mar 30, 8:51 AM MDT

On March 22, 2017 I got on the route 52 Eastbound at 11:18 AM. The bus number 6197F. I got on the bus at 17th and Tremont stop.The driver DID NOT OFFER SECUREMENT. I was in the process of securing my WALKER when the driver started moving the bus. I was behind my WALKER facing the
back of the bus trying to put the hooks on the back of my walker. I screamed and the driver stopped the bus. Right side of neck, right upper SHOULDER, right ear felt full. By the time I got off the bus at 5th and Bannock my right hand felt numb and tingly. When I got off the bus the driver apologized and I told her that did not change my pain.
RTD procedures C-A-L-L-S FOR DRIVERS to offer SECUREMENTS to A-L-L MOBILITY-AIDS UPON BOARDING. Anytime a driver CHOOSES OR FAILS TO FOLLOW PROCEDURES THEY ARE DISCRIMINATING AGAINST PASSENGERS WITH MOBILITY DISORDERS.
PLEASE SEND A COPY OF COMPLETED COMPLAINT AND VIDEO TO MY E-MAIL ADDRESS.
I intend to take this to the fullest extent allowed under the Americans with Disabilities Act section 504 Et-al

Marolyn Kay Rittenhouse
marolyn1kay@gmail.com

**Cee (RTD Customer Care)**

May 15, 3:57 PM MDT

Hi Marolyn,

I have forwarded your concern to the division and ADA Team for review. It is assigned feedback ID # 393754.

Regards,

**Cee**
**RTD Customer Care**

**Marolyn Kay Rittenhouse**

May 11, 5:25 PM MDT

May 4, 2017 the Route 24 bus number 5030C, did not offer securement and moved the bus before I was secured. I am ADA and require a walker. I boarded the bus at University station and off at 21st and York. I got off the bus at 1:57 PM
This is ADA Discrimination anytime a driver chooses or fails to follow the ADA Procedures. The procedure calls for the drivers to clear the securement area before the put out the ramp to load a Mobility–Aid passenger. They are to offer securement to A–L–L Mobility–aid passengers upon boarding.

**Cee (RTD Customer Care)**

May 15, 4:04 PM MDT

Hi Marolyn,

I have presented your concern to the driver's division management for investigation. It has been assigned feedback ID # 393756.

Regards,

Cee
RTD Customer Care


**Marolyn Kay Rittenhouse**

May 11, 5:46 PM MDT

May 5, 2017 I was waiting at the bus stop at 22bnd and Race for the Westbound bus. There was a bicyclist in the bike lane. The driver wanted to go past the bicycle rider as he was approaching the Race street stop at 9:06 AM. The driver was to the left of the yellow center line. He passed up the stop, and ended up stop about the alley between Race and High. I had to walk from the bus stop across Race street and to the bus to be able to be loaded. I am ADA and use a walker. The Driver DID NOT OFFER SECUREMENT upon loading me with my walker. The driver moved the bus before I was secured. I am required to be secured due to medical conditions. I ended up with a head ache, neck and shoulder pain on the right side and lower scapula pain.
Please save a copy of the completed complaint and VIDEO.
This is discrimination anytime a driver chooses or fails to follow the ADA Procedures.
The driver should not be passing up bus stops or going around bicycle riders just because they are running later than the schedule. They should never be driving on the wrong side of the road.
Marolyn Kay Rittenhouse
marolyn1kay@gmail.com


**Cee (RTD Customer Care)**

May 15, 4:22 PM MDT

Hi Marolyn,

I forwarded your complaint to the division for review and investigation. It was assigned feedback ID number 393763.

Thank you,

**Cee**
RTD Customer Care


**Marolyn Kay Rittenhouse**

May 11, 4:31 PM MDT

This morning I was going to the bus stop at 22nd and Race. I was 1/2 block from the stop. The 32 driver headed West bound passed the stop at 8:00 AM. I was due at 23rd and York at 8:01 AM (2 stops before). I waved at the driver to stop and he did not stop.
I called Customer care to let them know. I am ADA with a walker. This is an ADA pass-up with the driver running almost 2 minutes early. I was told that there was nobody available to pick me up and the next bus was due in an hour.
Procedures calls for a ride to be provided if the next bus is more than 1/2 hour.
Any time that procedure is not followed it is discriminating against those with mobility issues.


**Cee (RTD Customer Care)**

May 18, 9:44 AM MDT

Hi Marolyn,

Thank you for bringing this to our attention. I am sorry to hear of this incident. I presented this to the division for review under feedback ID # 394041.

Regards,

**Cee**
RTD Customer Care


**Marolyn Kay Rittenhouse**

May 18, 8.59 AM MDT

This morning I boarded the route 20 at 18th and High due at 7:41 AM. The driver did NOT offer SECUREMENT upon boarding me. He started moving the bus before I was SECURED. I told him I was not ready yet but he keep going. I am required to have SECUREMENT DUE TO

MEDICAL ISSUES. I am also required to use my WALKER outside. The driver is not my Doctor and does not know what disabilities I have. It is not his place to be guessing.

Anytime a driver chooses or fails to follow the ADA procedures they are discriminating against the passengers with MOBILITY-IMPAIRMENTS. I have a RTD- Access-A-Ride pass.

It is PROCEEDURE to offer SECUREMENT to A-L-L MOBILITY-AID PASSENGERS upon boarding.

It also procedure to let passenger before boarding new passengers.

I rang the bell on the bottom of the SECUREMENT area fold up seat after he left the Tremont and 15th stop. He did not put the ramp out at the California stop. He boarded the waiting passengers, closed the doors and stared moving the bus AGAIN. I rang the bell again on the bottom of the seat and screamed. I told him that he failed to put the ramp out to let me off. He said that he did not know I wanted off. I told him that I rang the bell after he left the Tremont stop. HE OBVIOUSLY DOES NOT CHECK HIS MIRRORS OR THE PANEL ABOVE THE FRONT WINDOW.

He hurt my back leaving the High Street stop. The top of my left scapula area started hurting. The California stop the entire left scapula area, my head aches and lower back.

HE OBVIOUSLY NEED RE-TRAINED IN THE ADA PROCEDURES AND BASIC PASSENGER SAFETY.

Intend to follow all allowable ADA Section 504 discriminating rules.

My name is Marolyn Kay Rittenhouse

My email is marolyn1kay@gmail.com


**Cee (RTD Customer Care)**

May 22, 11:09 AM MDT

Hi Marolyn,

Thank you for bringing this to our attention and I apologize if the driver did not follow correct procedure. I forwarded this to his division management for review under feedback ID number 394331.

Regards,

**Cee**
**RTD Customer Care**

**Marolyn Kay Rittenhouse**

May 22, 9:27 AM MDT

This morning I got on the route 24 at 21st and York Southbound. The bus number is 6165. I will be getting off at University Station.

The driver DID NOT OFFER SECUREMENT UPON ME WITH MY WALKER. I WAS SECURING MYSELF. I HAD THE HOOKS ON THE BACK OF THE WALKER WITH THE SEAT BELT IN MY HAND I SAT DOWN IN THE SEAT OF MY WALKER AND THE DRIVER IMMEDIATELY STARTED MOVING THE BUS. I TOLD THE DRIVER THAT I WAS NOT READY. HE STOPPED SHORTLY, BUT STARTED MOVING AGAIN BEFORE I COULD GET THE SEAT BELT FASTENED.

I NOW HAVE PAIN ON THE RIGHT SIDE OF MY NECK, MY RIGHT EAR US FEELING FULL, MY HEAD ACHES and my left lower rib cage area hurts.

Procedure calls for the drivers to OFFER SECUREMENT TO A-L-L MOBILITY-AID PASS ENGERS UPON BOARDING.

The driver is not my Doctor, nor has he ever examined me. He does not know my medical condition. He is not qualified to determine my SECUREMENT needs. My medical conditions requires me to be secured for safety reasons. I have VISIBLE STOKE STRAPS ON MY WALKER. I also have an Accees-A-Ride pass.

ANYTIME A DRIVER CHOOSES OR FAILS TO FOLLOW THE ADA PROCEEDURES THEY ARE DISCRIMINATING AGAINST PASSENGERS WITH MOBILITY IMPAIRMENTS.

This is a First-Transit driver.


**Cee (RTD Customer Care)**

May 22, 11:21 AM MDT

Hi Marolyn,

I presented your concern to the driver's division for review and investigation. It has been assigned feedback ID # 394333.

Thank you,

Cee
RTD Customer Care

**Marolyn Kay Rittenhouse**

May 22, 10:56 AM MDT

This morning I got on the route 35 at Southmoor Station. The bus # 5012X about 9:46AM. The driver did not offer SECUREMENT upon boarding me with my WALKER.

ANYTIME A DRIVER CHOOSES OR FAILS TO FOLLOW THE ADA PROCEDURES THEY ARE DISCRIMINATING AGAINST P–A–S–S–E–N–G–E–R–S WITH MOBILITY IMPAIRMENTS.

PROCEDURES C–A–L–L–S FOR THE DRIVER TO OFFER SECUREMENT TO A–L–L MOBILITY–AID PASSENGERS.

MY MEDICAL CONDITIONS REQUIRES THAT I BE SECURED FOR SAFETY REASONS.

She has never examined and does not know my medical conditions.

Please save a COPY OF THE COMPLETED COMPLAIT AND VIDEO

This email is a service from RTD Customer Care.



Reply  Forward
Click here to Reply or Forward

0.43 GB (2%) of 15 GB used
Manage
                    Terms – Privacy
                    Last account activity: 4 minutes ago
                                    Details

**Cee (RTD Customer Care)**

Jun 26, 2:53 PM MDT

Hi Marolyn,

Thank you for bringing this to our attention. I have forwarded this to the driver's division management for review and investigation. It has been assigned feedback ID number 398022. Please feel free to call Claims at 720-544-6461 if you wish to discuss the pains you are experiencing.

Regards,

Cee
RTD Customer Care


**Marolyn Kay Rittenhouse**

Jun 26, 1:34 PM MDT

Pleaae save a copy of the completed complaint and Video.
This afternoon I got on the route 52 at Alameda Station about 12:35 PM, bus number 5250. The driver did not offer SECUREMENT upon boarding me with my walker. He started moving the bus while I was SECURING MYSELF. One side of the back hooks on my walker. I screamed and told him I was not ready and thanked him for not offering the REQUIRED SECUREMENT. Be stopped the bus and let another passenger on and then came back to see about the SECUREMENT. I had him secure the front hooks.
I require SECUREMENT due to MEDICAL CONDITIONS.
Anytime a driver chooses or fails to FOLLOW THE ADA PROCEDURES THEY ARE D-I-S-C-M-I-N-A-T-I-N-G AGAINST P-A-S-S-E-N-G-E-R-S WITH MOBILITY INFIRMITIES.
PROCEEDURES C-A-L-L-S FOR DRIVERS TO OFFER SECUREMENT TO A-L-L MOBILITY-AID PASSENGERS upon boarding them with their mobility aids.
The driver is not a Doctor and has never examined me to know what my medical conditions are
My right scapula area, lower back hurt and my head ACHES.
Marolyn Kay Rittenhouse
marolyn1kay@gmail.com


**This email is a service from RTD Customer Care.**





**RTD Customer Care** customercare@rtd-denver.com via zendesk.com    Jun 26

##- Please type your reply above this line -##

## Cee (RTD Customer Care)

Jun 26, 6:50 PM MDT

Hi Marolyn,

I have forwarded your concern regarding the driver of the route 32 to his division and ADA Team under feedback ID number 398071.

If I may please make a request that every individual complaint be entered on a separate form on its own. This is how we keep track of all the complaints that go to each particular division. We would really appreciate it.

Thank you,

Cee
RTD Customer Care


## Marolyn Kay Rittenhouse

Jun 26, 6:18 PM MDT

Please save a copy of the completed complaint and Video.
Today boarded the route 32 at 17th and Stout about 6:00 PM. The driver DID NOT OFFER SECUREMENT UPON BOARDING ME WITH MY WALKER.
I was still standing when he asked if I was ready. I told him NO. He then noticed that I was securing my walker. He told me that he would have done it if I had asked him.

The PROCEDURE C–A–L–L–S for the drivers to OFFER SECUREMENT UPON BOARDING A–L–L MOBILITY–AID PASSENGERS.
I require SECUREMENT due to MEDICAL CONDITIONS.
The driver is not my Doctor nor has he ever examined me. He does not know what my medical conditions are.
Anytime a driver chooses or fails to FOLLOW THE ADA PROCEDURES THEY ARE D–I–S–C–M–I–N–A–T–I–N–G AGAINST P–A–S–S–E–N–G–E–R–S WITH MOBILITY INFIRMITIES.
I have been assured by Kylee Freestone AND Crystal Kirkland that there has been a replica of my WALKER at each of the divisions.
This is a First–Transit driver. I have been told by a First–Transit driver that they have a replica of my walker at First–Transit and a picture of me, is sitting in the walker.
Marolyn Kay Rittenhouse
marolyn1,kay@gmail.com


## Cee (RTD Customer Care)

Jun 26, 2:53 PM MDT

Hi Marolyn,

Thank you for bringing this to our attention. I have forwarded this to the driver's division management for review and investigation. It has been assigned feedback ID number 398022. Please feel free to call Claims at 720–544–6461 if you wish to discuss the pains you are experiencing.

Regards,

Cee
RTD Customer Care


## Marolyn Kay Rittenhouse

Jun 26, 1:34 PM MDT

Pleaae save a copy of the completed complaint and Video.
This afternoon I got on the route 52 at Alameda Station about 12:35 PM, bus number 5250. The driver did not offer SECUREMENT upon boarding me with my walker. He started

moving the bus while I was SECURING MYSELF. One side of the back hooks on my walker. I screamed and told him I was not ready and thanked him for not offering the REQUIRED SECUREMENT. Be stopped the bus and let another passenger on and then came back to see about the SECUREMENT. I had him secure the front hooks.

I require SECUREMENT due to MEDICAL CONDITIONS.

Anytime a driver chooses or fails to FOLLOW THE ADA PROCEDURES THEY ARE D–I–S–C–M–I–N–A–T–I–N–G AGAINST P–A–S–S–E–N–G–E–R–S WITH MOBILITY INFIRMITIES.

PROCEEDURES C–A–L–L–S FOR DRIVERS TO OFFER SECUREMENT TO A–L–L MOBILITY–AID PASSENGERS upon boarding them with their mobility aids.

The driver is not a Doctor and has never examined me to know what my medical conditions are

My right scapula area, lower back hurt and my head ACHES.

Marolyn Kay Rittenhouse

marolyn1kay@gmail.com



**Kirklin, Crystal** <Crystal.Kirklin@rtd-denver.com>                    Jun 27

me

Dear Ms. Rittenhouse:

This e-mail is in response to the recent customer service reports we have received from you regarding RTD's ADA policies. Please accept my apology for your continued difficulties. I do appreciate you continuing to bring these matters to our attention. Our management team will continue to meet one on one with each operator that you have had an unpleasant experience with, whether they do not offer securement or do not attempt to board you first they are being appropriately disciplined and retrained as necessary.

Additionally, we will continue to educate all bus operators on different types of mobility device. I understand you may still feel frustrated with the time it has taken to educate all operators; I would like to assure you that we are dedicated to our passengers and providing accessible services for all.

Thank you for taking the time to bring these matters to our attention, please continue to do so.

**Crystal Kirklin**
**Contracted Services Technician**
Regional Transportation District
1560 Broadway, Suite 1075, DPB-101 | Denver, CO 80202

o <u>303.299.6789</u> | f <u>303.299.2992</u>
<u>rtd-denver.com</u>

---

**Freestone, Kalee** <Kalee.Freestone@rtd-denver.com>                                Jul 19



me
Winona

---

**Dear Ms. Rittenhouse:**

**Thank you for contacting RTD regarding your experience on June 22, 2017. Concerning the incident that took place while you were attempting to board the route 44 at 18th and Stout, you wrote:** *"Please save a copy of the completed complaint and Video. This morning I boarded the route 44 Eastbound at 18th and Stout. The driver D-I-D N-O-T attempt to load MOBILITY-AID PASSENGERS FIRST. The driver D-I-D N-O-T OFFER SECUREMENT UPON BOARDING ME WITH MY WALKER. Driver STARTED MOVING THE BUS WHILE I WAS SECURING MYSELF. I SCREAMED AND TOLD HIM THAT I WAS NOT SECURED AND THANKED HIM FOR N-O-T OFFER THE REQUIRED SECUREMENT. He told me that he did not have to offer the SECUREMENT since I was not sitting in my walker to get on the bus. I TOLD HIM THE PROCEEDURE SAY'S A-L-L M-O-B-I-L-I-T-Y---A-I-D-S?. HE WAS STILL ARGUEING ABOUT ME NOT SITTING IN MY WALKER so he did not need to OFFER ME SECUREMENT. He started moving the bus again before I had the lap belt fastened. I again told him I was not read He obviously did not check his mirrors to make sure that I was sitting down since he STARTED MOVING THE BUS before I was sitting or secured. PROCEEDURES C-A-L-L-S FOR DRIVERS TO (1) ATTEMPT TO LOAD MOBILITY-AID PASSENGERS FIRST (2)OFFER SECUREMENT UPON BOARDING TO A-L-L MOBILITY-AID PASSENGERS. DRIVERS ARE RESPONSIBLE FOR A-L-L PASSENGERS SAFETY. I AM NOT SAFE IF NOT SECURED DUE TO MEDICAL CONDITIONS. I HAVE LOWER BACK PAIN AND LEFT KNEE PAIN UPON WALKING. MID AND LOWER BACK PAIN ON RIGHT WITH INCRmaEASING PAIN BELOW RIGHT RIB CAGE ON RIGHT. WHILE STANDING THERE IS PAIN IN UPPER RIGHT HIP Pain is also extending from right shoulder to left shoulder. The bus number is 6042. I got off at 8:47 AM at Broadway and Curtis. ANYTIME A DRIVER CHOOSES OR FAILS TO FOLLOW THE ADA P-R-O-C-E-E-D-U-R-E-S THEY ARE D-I-S-C-M-I-N-A-T-I-N-G AGAINST P-A-S-S-E-N-G-E-R-S WITH MOBILITY I Ave been assured by Kylee Freestone AND Crystal Kirkland (5-10-17) that there has been a replica of my WALKER placed at each division. THERE IS ABSOLUTELY? NO REASON FOR ANY OF THE DRIVERS TO ASSUME THAT THEY DO NOT HAVE TO OFFER SECUREMENT TO ANYBODY USING M-O-B-I-L-I-TINFIRMITIES. RTD Driver."*

**The District takes your concerns seriously and we have investigated your claim. Video was available. Please accept my sincere apologizes for your unpleasant experience. We agree that the operator in question could have handled this situation better. He was addressed appropriately and the District's ADA policies have been reinforced. Please be assured that appropriate disciplinary action has been assessed.**

**You are correct, each division has a replica of your mobility device with details outlining our policy. Additionally we collectively continue to educate all bus operators on different types of mobility devices. Once again, thank you for taking the time to bring each of your concerns to our attention. I would like to assure you that we are dedicated to our passengers and providing**

safe and accessible services for all, please continue to let us know of any other concerns you
may have by either calling us at 303-299-6000 or online at www.rtd-denver.com.

Sincerely,

**Kalee Freestone**
**Assistant Manager of Transportation**
**Platte Operating Division**
Regional Transportation District
3333 Ringsby Court, PLAT-Trans | Denver, CO 80216

o 303.299.4122 | f 303.299.4160
rtd-denver.com

*This E-mail is for the sole use of the intended recipient(s) and may contain confidential
information and privileged information.  Any unauthorized review, use, disclosure or
distribution is prohibited.  If you are not the intended recipient, please immediately return the
original message to me and destroy all copies of the original message.*



Freestone, Kalee <Kalee.Freestone@rtd-denver.com>                                    Jul 19

me
Winona

Dear Ms. Rittenhouse:

Thank you for contacting RTD regarding your experience on June 22, 2017. Concerning the
incident that took place while you were attempting to board the route 44 at 18th and Stout, you
wrote: "*Please save a copy of the completed complaint and Video. This morning I boarded the
route 44 Eastbound at 18th and Stout.  The driver D-I-D N-O-T attempt to load MOBILITY-AID
PASSENGERS FIRST. The driver D-I-D N-O-T OFFER SECUREMENT UPON BOARDING ME WITH MY
WALKER. Driver STARTED MOVING THE BUS WHILE I WAS SECURING MYSELF. I SCREAMED AND TOLD
HIM THAT I WAS NOT SECURED AND THANKED HIM FOR N-O-T OFFER THE REQUIRED SECUREMENT.
He told me that he did not have to offer the SECUREMENT since I was not sitting in my walker to
get on the bus. I TOLD HIM THE PROCEEDURE SAY'S A-L-L M-O-B-I-L-I-T-Y---A-I-D-S?. HE WAS STILL
ARGUEING ABOUT ME NOT SITTING IN MY WALKER so he did not need to OFFER ME SECUREMENT.
He started moving the bus again before I had the lap belt fastened. I again told him I was not
read He obviously did not check his mirrors to make sure that I was sitting down since he
STARTED MOVING THE BUS before I was sitting or secured. PROCEEDURES C-A-L-L-S FOR DRIVERS
TO (1) ATEMPT TO LOAD MOBILITY-AID PASSENGERS FIRST (2)OFFER SECUREMENT UPON BOARDING
TO A-L-L MOBILITY-AID PASSENGERS. DRIVERS ARE RESPONSIBLE FOR A-L-L PASSENGERS SAFETY. I
AM NOT SAFE IF NOT SECURED DUE TO MEDICAL CONDITIONS. I HAVE LOWER BACK PAIN AND LEFT
KNEE PAIN UPON WALKING. MID AND LOWER BACK PAIN ON RIGHT WITH INCRmaEASING PAIN
BELOW RIGHT RIB CAGE ON RIGHT. WHILE STANDING THERE IS PAIN IN UPPER RIGHT HIP Pain is also
extending from right shoulder to left shoulder. The bus number is 6042. I got off at 8:47 AM at
Broadway and Curtis.  ANYTIME A DRIVER CHOOSES OR FAILS TO FOLLOW THE ADA P-R-O-C-E-E-
D-U-R-E-S THEY ARE D-I-S-C-M-I-N-A-T-I-N-G AGAINST P-A-S-S-E-N-G-E-R-S WITH MOBILITY I Ave
been assured by Kylee Freestone AND Crystal Kirkland (5-10-17) that there has been a replica of*

*my WALKER placed at each division. THERE IS ABSOLUTELY? NO REASON FOR ANY OF THE DRIVERS TO ASSUME THAT THEY DO NOT HAVE TO OFFER SECUREMENT TO ANYBODY USING M-O-B-I-L-I-TINFIRMITIES. RTD Driver."*

**The District takes your concerns seriously and we have investigated your claim. Video was available. Please accept my sincere apologizes for your unpleasant experience. We agree that the operator in question could have handled this situation better. He was addressed appropriately and the District's ADA policies have been reinforced. Please be assured that appropriate disciplinary action has been assessed.**

**You are correct, each division has a replica of your mobility device with details outlining our policy. Additionally we collectively continue to educate all bus operators on different types of mobility devices. Once again, thank you for taking the time to bring each of your concerns to our attention. I would like to assure you that we are dedicated to our passengers and providing safe and accessible services for all, please continue to let us know of any other concerns you may have by either calling us at 303-299-6000 or online at www.rtd-denver.com.**

**Sincerely,**

**Kalee Freestone**
**Assistant Manager of Transportation**
**Platte Operating Division**
Regional Transportation District
3333 Ringsby Court, PLAT-Trans | Denver, CO 80216

o 303.299.4122 | f 303.299.4160
rtd-denver.com

*This E-mail is for the sole use of the intended recipient(s) and may contain confidential information and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately return the original message to me and destroy all copies of the original message.*



**Barrett, Gary** <Gary.Barrett@rtd-denver.com>                                    Aug 24

me
Winona

Dear Ms. Rittenhouse:

**Thank you for contacting RTD regarding your experience on August 10, 2017. Concerning an incident, that took place while you were attempting to board the route 105 at Southmoor Station, feedback # 420960 you stated:**

**This morning I got on the route 105 at Southmoor Station about 7:39 AM. Bus number 6277. The driver D-I-D N-O-T O-F-F-E-R S-E-C-U-R-E-M-E-N-T UPON BOARDING ME WITH MY WALKER.**
**I have VISIBLE STOKE STRAPS ON MY W-A-L-K-E-R.**
**I use an ACCESS-A-RIDE PASS TO GET ON THE BUS.**
**I am N-O-T S-A-F-E IF N-O-T S-E-C-U-R-E-D due to MEDICAL CONDITIONS.**

Procedures C-A-L-L-S FOR THE D-R-I-V-E-R-S TO OFFER SECUREMENT TO A-L-L MOBILITY-AID
PASSENGERS UPON BOARDING.
ANYTIME A D--R--I--V--E--R C-H-O-O-S-E-S OR F-A-I-L-S TO FOLLOW THE A---D---A
PROCEEDURES THEY ARE D-I-S-C-M-I-N-A-T-I-N-G AGAINST A-L-L PASSENGERS with M---O---B--
-I---L---I---T---Y I-N-F-I-R-M-I-T-I-E-S


We appreciate your feedback and thank you for your patience while we investigate. Please be
assured that the operator in question has been addressed appropriately by their manager the
correct policy was reinforced. Once again, thank you for taking the time to bring this matter to our
attention. We're committed to providing the best possible customer service, please continue to let
us know of any other concerns you may have by either calling us at 303-299-6000 or online at
www.rtd-denver.com.  We sincerely apologize for this unpleasant experience.

Sincerely,


Gary Barrett
Regional Transportation District
Assistant Manager of Transportation
East Metro Division
Phone: (303) 299-7020

Mail Code: EM - Trans