IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02313-LTB

MAROLYN KAY RITTENHOUSE,

    Plaintiff,

v.

DAVID GENOVA,
BRUCE ABLE,
KARLEE FREESTONE,
CRYSTAL KIRKLIN,
GARY BARRETT,
JUSTIN PALE,
LARRY TEMENHOLZ,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 11, 2018, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 11 day of January, 2018.

                                      FOR THE COURT,

                                      JEFFREY P. COLWELL, Clerk

                                      By: s/ *A. Garcia Garcia*
                                              Deputy Clerk